# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 23-00136-01-CR-W-BP |
| ) | |
| ANGEL ORLANDO BANEGAS- ) | |
| MANZANARES, ) | |
| ) | |
| Defendant. ) | |

### MEMORANDUM OF MATTERS DISCUSSED AND
### ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On June 20, 2023, the Grand Jury returned a one-count Indictment charging that on or about May 30, 2023, the Defendant, Angel Orlando Banegas-Manzanares, knowingly and intentionally possessed, with the intent to distribute, a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government: Kenneth W. Borgnino and there will be an assistant prosecutor (TBD)
      Case Agent: DEA Special Agent Brandon Soles
    Defense: Angela Williams and possibly Carrie Allen

**OUTSTANDING MOTIONS**: No outstanding motions.

**TRIAL WITNESSES**:
    Government: 4-5 with stipulations; 6 without stipulations
    Defendant: 1 witness, including the Defendant

**TRIAL EXHIBITS:**
    Government: approximately 30 exhibits
    Defendant: approximately 3 exhibits

**DEFENSES**: General denial.

**POSSIBLE DISPOSITION**:
(X) Definitely for trial; ( ) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME: 1½ to 2 days total**
Government's case including jury selection: 1 to 1½ days
Defendant: ½ day

**STIPULATIONS**: Potentially two stipulations.

**UNUSUAL QUESTIONS OF LAW:** None.

**FILING DEADLINES:**

**Witness and Exhibit Lists**
Government: None filed. **Due on or before October 8, 2024.**
Defendant: None filed. **Due on or before October 8, 2024**.

**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, if required by the District Court, Voir Dire, Jury Instructions: Due on or before October 16, 2024.**

**Please Note**: Jury instructions must comply with Local Rule 51.1

**Motion in Limine: Due on or before October 16, 2024.**

**TRIAL SETTING**: Criminal jury trial docket set for October 21, 2024.

**Please note:** The parties are available either week. The Government prefers the second week.

**IT IS SO ORDERED.**

*/s/ Lajuana M. Counts*
LAJUANA M. COUNTS
UNITED STATES MAGISTRATE JUDGE